# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

United States of America,      Criminal No. 09-126(1) (DWF/RLE)

    Plaintiff,

v.      **ORDER**

Marcus James Neadeau,

    Defendant.

---

Clifford B. Wardlaw and Steven L. Schleicher, Assistant United States Attorneys, United States Attorney's Office, counsel for Plaintiff.

Bruce R. Williams, Esq., Williams Law Office, counsel for Defendant.

---

Based upon the Report and Recommendation of Chief United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-entitled matter,

**IT IS HEREBY ORDERED** that**:**

1. The Defendant's Motion to Suppress Evidence Obtained from a Wiretap (Doc. No. 84) is **DENIED**.

2. The Defendant's Motion to Suppress Evidence Obtained from Search and Seizure (Doc. No. 85) is **DENIED**.

Dated: July 13, 2009
s/Donovan W. Frank
DONOVAN W. FRANK
United States District Judge